IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DELORIS N. BROWN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 16-093-KD-M |
| UTILITIES BOARD, CITY OF DAPHNE, ALABAMA, | : | |
| Defendant. | : | |

**ORDER**

After due and proper consideration of the relevant pleadings and the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), dated August 22, 2016, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Defendant's Motion, in the Alternative, to Strike the Jury Demand (Doc. 7), is **GRANTED** and that the jury demand articulated by Plaintiff be stricken from the pleadings with her claims to proceed to a non-jury trial. As a result, Defendant's motion to dismiss for failure to timely serve is **MOOT**.

**DONE** and **ORDERED** this **13th** day of **September 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**