IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELORIS N. BROWN, <br><br> Plaintiff, <br><br> v. <br><br> UTILITIES BOARD, CITY OF DAPHNE, ALABAMA, <br><br> Defendant. | CIVIL ACTION NO.:  1:16-cv-00093-KD-M |

## JOINT SETTLEMENT STATEMENT

Come now the parties, and represent unto this Court that the parties have conferred as required by this Court's Scheduling Order with regards to the viability of settlement through alternative dispute resolution procedures. While Plaintiff takes the position that an attempt at settlement through ADR, including a Magistrate Settlement Conference, may be worthwhile, the Defendant does not believe that any alternative dispute resolution procedure would be of assistance in the resolution of this case, at this time.  The parties will promptly notify the Court if it feels that such procedures would assist them in reaching an amicable settlement of this matter.

Undersigned counsel represents unto this Court that he has conferred with Plaintiff's counsel and that he is authorized on behalf of the parties to file this statement with the Court.

| | |
|---|---|
| **\*\*with permission** | **s/Ronnie Williams\*\***<br>RONNIE WILLIAMS (WILLR6024)<br>rwilliams@williams-llc.com<br>LAW OFFICE OF RONNIE L. WILLIAMS<br>814 St. Francis Street<br>Mobile, Alabama 36602<br>PH: (251) 432-6985<br>FX: (251) 432-6987<br>*Attorney for Plaintiff* |
| | **s/Andrew J. Rutens**<br>ANDREW J. RUTENS  (RUTEA8549)<br>arutens@gallowayllp.com<br>MELISSA P. HUNTER   (HUNTM3367)<br>mhunter@gallowayllp.com<br>GALLOWAY, WETTERMARK, EVEREST<br>    & RUTENS, LLP<br>Post Office Box 16629<br>Mobile, Alabama  36616-0629<br>PH: (251)476-4493<br>FX: (251)479-5566<br>*Attorneys for Utilities Board, City of Daphne, Alabama* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Ronnie L. Williams Esq.

**s/Andrew J. Rutens**